Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice*)
GERSTEIN HARROW LLP
611 Pennsylvania Ave SE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, a Democratic Club Chartered by the Santa Clara County Democratic Party; KRISTA HENNEMAN; and CARLIE WARE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>Defendant. | Case No. 21-cv-3875<br><br>**DECLARATION OF JASON HARROW IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>**Date: May 28, 2021**<br><br>**TOGETHER WITH:**<br>**(1) *Ex Parte* Application**<br>**(2) Memorandum of Points and Authorities**<br>**(3) Declaration of Krista Henneman**<br>**(4) Declaration of Carlie Ware**<br>**(5) [Proposed] Order** |

# DECLARATION OF JASON HARROW

1.      I, Jason Harrow, declare as follows.

2.      I am thirty-seven years old and reside in Los Angeles County, California. I represent the Plaintiffs in this matter.

3.      On May 24, 2021, I emailed the Office of the Attorney General to notify the office that Plaintiffs would be filing this application. A true and correct copy of that email is attached as Exhibit Harrow-A.

4.      The email contained a letter as an attachment. The letter stated that "[i]f we do not hear otherwise by May 28, we will assume that the Attorney General's Office is retaining its discretion to prosecute [our] clients, and we will file a motion seeking interim relief during the pendency of this case." A true and correct copy of the attached letter is attached as Exhibit Harrow-B.

5.      On May 28, 2021, I spoke to Keith Wurster, counsel for Defendant. Mr. Wurster stated that the Office is not in a position, at this point, to agree not to prosecute Plaintiffs.

6.      Mr. Wurster also agreed that Defendant believes this matter would be appropriate for hearing on Monday, June 28, for decision by July 1. He stated that he believed his Office would need until June 17 to file any opposition papers.

7.      I stated that Plaintiff's counsel can file any reply brief by June 21 on that schedule.

8.      I have personal knowledge of all facts stated in this declaration. If called to testify, I could and would testify competently to these facts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 28, 2021.

1

2 <u>/s/ Jason Harrow</u>

3 Los Angeles, California

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit Harrow-A


## Notice of TRO and letter in Progressive Democrats For Social Justice v. Bonta, N.D. Cal. 21-cv-3875

1 message

**Jason Harrow** <jason@gerstein-harrow.com>                              Mon, May 24, 2021 at 4:00 PM
To: AGelectronicservice@doj.ca.gov
Cc: Charlie Gerstein <charlie@gerstein-harrow.com>

Greetings-

I am lead counsel for the plaintiffs in this case, which was filed this morning in the Northern District of California (San Jose Division). While I cannot yet officially serve the complaint electronically because the court has not yet issued the summons, I attach a letter regarding our plan to file a TRO at the end of this week. I also attach the complaint and the draft brief, to expedite your consideration of this matter.

I will serve the complaint electronically to this address just as soon as the court issues a summons.

Best,
Jason Harrow
323-744-5293

Jason Harrow
Gerstein Harrow, LLP
jason@gerstein-harrow.com

---

**3 attachments**

 **Doc 1 Complaint.pdf**
163K

**2021.5.24 Pre-injunction Letter.pdf**
209K

**2021.5.24 Ware Preliminary Injunction DRAFT.pdf**
1129K

# Exhibit Harrow-B

# GERSTEIN HARROW LLP

Office of Attorney General Rob Bonta
California Department of Justice
Division of Civil Law
Government Law Section
P.O. Box 944255
Sacramento, CA 94244-2550
AGelectronicservice@doj.ca.gov

*Via Email*

Re: *TRO in* Ware v. Bonta, No. 21-cv-3875 (N.D. Cal.)

Dear Counsel,

We represent Carlie Ware, Krista Henneman, and the Progressive Democrats for Social Justice. We filed a complaint in this case today, and we write to let you know that we plan to file a finalized version of the attached motion for a temporary restraining order—effectively a preliminary injunction, but styled as a TRO given local rules restricting how quickly a preliminary-injunction motion could be heard—in federal court on Friday, May 28, 2021. Before doing so, we ask whether you would agree not to prosecute my clients for violations of California Government Code § 3205 during the pendency of this case. If not, it would be productive if we could schedule a time to discuss an efficient resolution of the preliminary-injunction motion.

First, as the complaint and attached papers explain, our clients seek vindication of their constitutional rights to participate in a potential campaign against Santa Clara County District Attorney Rosen by soliciting donations for a potential opponent. In the hypothetical world in which they went ahead with their anticipated speech before obtaining relief in federal court—which, of course, they will not do—we believe that the District Attorney would recuse and the Attorney General's office would exercise its supersession authority to handle any prosecution that would result. Therefore, in our view, the appropriate defendant in a challenge to the constitutionality of such a prosecution is the Attorney General, and the District Attorney should have no involvement in this matter. *Ass'n des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 943–44 (9th Cir. 2013); *see also* Attached Motion at 20–21. That said, if you disagree, please let us know and we may consider naming the District Attorney as a defendant and bringing his office into this case.

Second, we'd like to ask whether we can either settle or otherwise sequence this case with the Attorney General's office agreeing not to prosecute our clients and to direct the District Attorney's office not to as well. We believe § 3205 to be clearly unconstitutional, and we hope that the Attorney General's office agrees. If we do not hear otherwise by May 28, we will assume that the Attorney General's Office is



**Jason Harrow,** *Partner*
jason@gerstein-harrow.com
323-744-5293

3243B S. La Cienega Blvd.
Los Angeles, CA 90016
gerstein-harrow.com

retaining its discretion to prosecute my clients, and we will file a motion seeking interim relief during the pendency of this case.

Third, assuming it will be necessary for us to litigate this case, we'd like to discuss a briefing schedule and a few preliminary matters so that the parties and the Court can reach a fair resolution of the case as quickly as possible. As the attached papers show, my clients are on a tight timeline. At the same time, though, we have no desire to inconvenience counsel, particularly on short notice. We think that a pre-filing conference on scheduling, and perhaps to narrow the issues in dispute, could save time and energy. On the issues to be narrowed, we wonder if the Attorney General's office would agree that the non-merits injunction factors favor our clients, such that if § 3205 is unconstitutional they will be entitled to preliminary relief, and if the Attorney General's office would stipulate to some (hopefully uncontroversial) facts so that the Court may resolve that question as a pure matter of law. Scheduling-wise, we'd hope to agree to a briefing schedule that allows for a decision by July 1 due to the campaign schedule, and we share our motion now to give you additional time to prepare a response.

We will endeavor to make ourselves available to discuss at your convenience. Please do not hesitate to contact either of us via email (jason@gerstein-harrow.com or charlie@gerstein-harrow.com) or phone (323-744-5293) if we may be helpful or if you have any questions.

Sincerely,

Jason Harrow and Charlie Gerstein*
May 24, 2021

---

* Gerstein is not admitted to practice in California but has a good-faith belief that his pro hac vice motion will be granted.



**Jason Harrow,** *Partner*
jason@gerstein-harrow.com
323-744-5293

3243B S. La Cienega Blvd.
Los Angeles, CA 90016
gerstein-harrow.com