UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, <br><br> Defendant. | Case No. 21-cv-03875-HSG <br><br> **ORDER DENYING STIPULATION AND SETTING BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 15 |

Having considered the parties' proposed briefing schedule for the pending *ex parte* motion for a temporary restraining order, the Court **DENIES** the stipulation and **SETS** the following schedule:

| Event | Deadline |
|---|---|
| Defendant's Opposition Brief | June 11, 2021 |
| Plaintiffs' Reply Brief | June 15, 2021 |
| Hearing on the *ex parte* Motion | June 17, 2021, at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 6/1/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge