UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROB BONTA,<br><br>　　　　　Defendant. | Case No. 21-cv-03875-HSG<br><br>**ORDER DENYING REQUEST TO ADVANCE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 37 |

A case management conference is currently scheduled for October 12, 2021, at 2:00 p.m. Plaintiffs have filed a letter requesting that the Court set the case management conference "as early as possible . . . in the hope that doing so will conclusively resolve the Parties' current and serious apparent disputes." Dkt. No. 37. However, it is not clear whether the parties have a ripe discovery issue that requires the Court's intervention. If the parties are unable to stipulate to the relevant facts in this case, then the parties should proceed expeditiously with discovery. To the extent Plaintiffs believe that Defendants are not responding adequately to their discovery requests, Plaintiffs may file a motion to compel. The Court can then decide how, if at all, the motion may affect the case schedule. But the Court declines the invitation to speculate as to the scope or import of the parties' disputes. The Court therefore **DENIES** Plaintiffs' request to advance the case management conference, and the case schedule remains in effect. *See* Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: 10/1/2021

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge