Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice*)
GERSTEIN HARROW LLP
611 Pennsylvania Ave SE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, a Democratic Club Chartered by the Santa Clara County Democratic Party; KRISTA HENNEMAN; and CARLIE WARE,<br><br>   Plaintiffs,<br><br>  vs.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>   Defendant. | Case No. 21-cv-3875<br><br>**ORDER RE: SCHEDULING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT (as modified)**<br><br>**Date: October 8, 2021** |

# SCHEDULING ORDER

The Parties shall file cross-motions for summary judgment according to the following schedule. Both Motions shall be noticed for a hearing date of Thursday, December 16, 2021.

Plaintiffs' Motion for Summary Judgment shall be filed no later than October 21, 2021. The memorandum of points and authorities in support shall not exceed 25 pages.

Defendant's Combined Cross-Motion for Summary Judgment and Opposition shall be filed no later than November 12, 2021. The memorandum of points and authorities in support shall not exceed 25 pages.

Plaintiffs' Combined Opposition/Reply shall be filed no later than November 23, 2021. It shall not exceed 15 pages.

Defendant's Reply shall be filed no later than December 6, 2021. It shall not exceed 15 pages.

The Court will set the matter for hearing on December 16, 2021 at 2:00 p.m.

The October 12th case management conference is vacated.

Date: 10/8/2021

_____
United States District Judge