Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice*)
GERSTEIN HARROW LLP
810 7th St. NE, Ste. 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, a Democratic Club Chartered by the Santa Clara County Democratic Party; KRISTA HENNEMAN; and CARLIE WARE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>Defendant. | Case No. 21-cv-3875-HSG<br><br>**Before The Hon. Haywood S. Gilliam, Jr.**<br><br>**STIPULATED JUDGMENT**<br><br>**Date: August 28, 2023** |

On July 19, 2023, the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") issued an opinion holding that California Government Code § 3205(a) was unconstitutional and remanding the matter to this Court for further proceedings consistent with its opinion.

On August 10, 2023, the Ninth Circuit issued its Mandate.

On August 14, 2023, this Court issued an order directing the Parties to meet and confer and submit a [Proposed] Judgment on or before August 28, 2023. Consistent with the Ninth Circuit's July 19, 2023 Opinion and the August 14, 2023 Order of this Court, the Parties, having meet and conferred, hereby submit the following proposed stipulated judgment.

## JUDGMENT

1. Judgment is hereby entered in favor of Plaintiffs Progressive Democrats for Social Justice, Krista Henneman, and Carlie Ware (the "Plaintiffs"). Plaintiffs are the prevailing party.

2. The Court DECLARES that California Government Code § 3205(a), as enacted and amended in 1995, is unconstitutional and may not be enforced.

3. Defendant Attorney General for the State of California ("the Attorney General") is PERMANENTLY RESTRAINED from enforcing California Government Code § 3205(a), as enacted and amended in 1995.

4. The Attorney General shall notify all District Attorneys in the State of California of this Judgment and the July 19, 2023 decision issued by the Ninth Circuit in Matter No. 22-15323 holding that California Government Code § 3205(a) is unconstitutional.

Date: 8/30/2023

*Haywood S. Gill, Jr.*
United States District Judge