Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice*)
GERSTEIN HARROW LLP
810 7th St. NE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, a Democratic Club Chartered by the Santa Clara County Democratic Party; KRISTA HENNEMAN; and CARLIE WARE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>Defendant. | Case No. 21-cv-3875-HSG<br><br>**ORDER ENTERING PERMANENT INJUNCTION**<br><br>**Date: August 28, 2023** |

**ORDER**

After consideration of the July 19, 2023 opinion of the Court of Appeals for the Ninth Circuit in this matter, and the [PROPOSED] STIPULATED JUDGMENT, the Court ORDERS the following relief:

1. Defendant Attorney General for the State of California ("the Attorney General"), is PERMANENTLY RESTRAINED from enforcing California Government Code § 3205(a), as enacted and amended in 1995.

2. The Attorney General is also ordered to notify all District Attorneys in the State of California of this Order and the July 19, 2023 decision issued by the Ninth Circuit in Matter No. 22-15323 holding that California Government Code § 3205(a) is unconstitutional.

Date: 8/30/2023

*Haywood S. Gill Jr.*
United States District Judge