Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice*)
GERSTEIN HARROW LLP
810 7th St. NE, Ste. 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

PROGRESSIVE DEMOCRATS FOR
SOCIAL JUSTICE, a Democratic Club
Chartered by the Santa Clara County
Democratic Party; KRISTA
HENNEMAN; and CARLIE WARE,

        Plaintiffs,

    vs.

ROB BONTA, in his official capacity as
Attorney General for the State of
California,

        Defendant.

Case No. 21-cv-3875

**Before The Hon. Haywood S.
Gilliam, Jr.**

**STIPULATED REQUEST FOR AN
ORDER CHANGING TIME TO
FILE MOTION FOR ATTORNEY'S
FEES, WITH DECLARATION OF
JASON HARROW**

**Date: September 6, 2023**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATED REQUEST

On August 30, 2023, this Court entered a stipulated judgment in favor of Plaintiffs. The judgment stated that Plaintiffs are the prevailing party.

Under Federal Rule 54, any motion for Plaintiffs' attorney's fees and costs would be due within fourteen days later, on September 13, 2023. The parties now agree to request an order extending the time to file for 60 days, to and including November 13, 2023, for Plaintiffs to file any such motion if it is necessary.

As the accompanying declaration explains, the extension is necessary to give Defendant time to review Plaintiffs' request for fees, attempt to resolve the matter without court intervention, and to meet and confer with Plaintiffs about any disputes, per the Local Rule, should a motion be necessary.

This is the first such extension. Because judgment has already been entered for Plaintiffs and the case closed, the extension would have no effect on the merits of the case.

A proposed order is included.[1]

Respectfully submitted,

/s/ Jason Harrow
Jason Harrow
Gerstein Harrow LLP
*Counsel for Plaintiffs*


/s/ Keith Wurster
Keith Wurster
Office of the Attorney General
*Counsel for Defendants*

---

[1] The filer attests that all parties consent to their signature appearing on this document.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JASON HARROW

1.    My name is Jason Harrow. I am counsel for Plaintiffs, am over eighteen years old and, if called, could testify to the following information.

2.    I make this declaration pursuant to Local Rule 6-2 in support of a stipulated request to change the time to file a motion for attorney's fees and costs.

3.    Any motion for attorney's fees and costs is currently due September 13, 2023. I have discussed an extension to and including November 13, 2023 with counsel for Defendant, and opposing counsel agrees on this extension. This is the first such extension request, and it will have no impact on the merits of the case, which has already been decided.

4.    The extension is extension is necessary to give Defendant time to review Plaintiffs' request for fees and costs, attempt to resolve the matter without court intervention, and to meet and confer with Plaintiffs about any disputes, per the Local Rule, should a motion be necessary.

5.    In particular, although Plaintiffs shared time entries and a detailed memo explaining their request for fees and costs even before judgment entered, Defendant's counsel has told me on the phone that review of this submission takes substantial time. If no agreement is reached, the additional time will permit the parties to narrow any dispute and brief the matter efficiently.

6.    Accordingly, we jointly make the request to extend the time to file any motion for fees and costs to and including November 13, 2023.

I declare under penalty of perjury under the laws of the United States the forgoing is true and correct. Dated September 6, 2023.

/s/ Jason Harrow

STIPULATED REQUEST AND DECLARATION, 21-cv-3875

1  Jason Harrow
   (Cal. Bar No. 308560)
2  GERSTEIN HARROW LLP
   12100 Wilshire Blvd. Ste. 800
3  Los Angeles, CA 90025
4  jason@gerstein-harrow.com
   (323) 744-5293
5
6  Charles Gerstein
   (*pro hac vice*)
7  GERSTEIN HARROW LLP
   810 7th St. NE, No. 317
8  Washington, DC 20003
   charlie@gerstein-harrow.com
9  (202) 670-4809

10
                    **UNITED STATES DISTRICT COURT**
11                 **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
12

13 PROGRESSIVE DEMOCRATS FOR          Case No. 21-cv-3875
   SOCIAL JUSTICE, a Democratic Club
14 Chartered by the Santa Clara County   **ORDER ENTERING GRANTING**
   Democratic Party; KRISTA              **STIPULATED REQUEST FOR**
15 HENNEMAN; and CARLIE WARE,           **EXTENTION OF TIME TO FILE**
                                         **MOTION FOR ATTORNEY'S**
16                                       **FEES AND COSTS**
            Plaintiffs,
17                                       **Date: September 6, 2023**
       vs.
18
   ROB BONTA, in his official capacity as
19 Attorney General for the State of
   California,
20
            Defendant.
21

22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

After consideration of the Stipulated Request and accompanying declaration, the Court GRANTS the stipulated request and hereby orders that any motion by Plaintiffs for attorney's fees and costs shall be filed on or before November 13, 2023.

Date: 9/6/2023

*Haywood S. Gill Jr.*

United States District Judge