Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice*)
GERSTEIN HARROW LLP
810 7th St. NE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, a Democratic Club Chartered by the Santa Clara County Democratic Party; KRISTA HENNEMAN; and CARLIE WARE, <br><br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, in his official capacity as Attorney General for the State of California, <br><br> Defendant. | Case No. 21-cv-3875-HSG <br><br> **ORDER GRANTING FOURTH STIPULATED REQUEST FOR EXTENTION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br> **Date: April 13, 2024** |

# ORDER

After consideration of the Fourth Stipulated Request and accompanying declaration, the Court GRANTS the stipulated request and hereby orders that any motion by Plaintiffs for attorney's fees and costs shall be filed on or before October 15, 2024.

Date: 4/15/2024

Haywood S. Gilliam, Jr.
United States District Judge